■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GERMAN ZAPATA, Appellant. [639 NYS2d 969] —Appeal from a judgment of the County Court of Sullivan County (Kane, J.), rendered January 6, 1994, convicting defendant upon his plea of guilty of the crime of criminal sale of a controlled substance in the third degree.

Defense counsel seeks to be relieved of representing defendant upon the basis that there are no nonfrivolous issues that can be raised on appeal. Upon our review of the record and defense counsel's brief, we agree. Accordingly, the judgment is affirmed and defense counsel's application for leave to withdraw is granted.

Mercure, J. P., Crew III, White, Peters and Spain, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.